## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

TERRENCE PREDDIE,

      Plaintiff.

      v.

BARTHOLOMEW CONSOLIDATED
SCHOOL CORP.,
      Defendant.

CAUSE NO: 1:12-cv-00995-TWP-DML

## ORDER OF DISMISSAL WITH PREJUDICE

      The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Joint Stipulation and hereby ORDERS this cause of action DISMISSED, in its entirety and with prejudice. Each party shall bear its own costs, expenses and attorney's fees.

      SO ORDERED

Date: 9/2/2016

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

James D. Masur II
ROBERT W. YORK & ASSOCIATES
jdmasur@york-law.com

Thomas J. Belcher
KELLEY & BELCHER
tbelcher@kelleybelcherlaw.com